```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
ARLENE PEREZ and CELESTE WILLIAMS,

                    Plaintiffs,      05-CV-4873(CPS)(JMA)
                                     MEMORANDUM
       - against -                   OPINION AND
                                     ORDER

JASON SIRAGUSA, a police officer employed by
the New York City Police Department,
MICHELLE ANTONIATO, a police officer employed
by the New York City Police Department,
EMILY BIONDO, and FRANK BIONDO,

                    Defendants.
-------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Azrack dated February 19, 2008, having been filed by the parties, the Report and Recommendation is hereby adopted. The defendants are hereby directed to file a motion with the court by April 30, 2008, for attorneys' fees and costs incurred in obtaining compliance with the discovery orders consistent with Magistrate Judge Azrack's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to Magistrate Judge Azrack.

SO ORDERED.

Dated:   Brooklyn, New York
         March 20, 2008


                    By: /s/ Charles P. Sifton (electronically signed)
                              United States District Judge